COMMONWEALTH OF KENTUCKY
ROWAN CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO: _____

*FILED ELECTRONICALLY*

DARRELL LITTLETON                   PLAINTIFF

V.

LOWE'S HOME CENTERS, LLC

    Serve: Corporation Service Company
           421 West Main Street
           Frankfort, Kentucky 40601
and

LOWE'S HOME IMPROVEMENT, LLC                   DEFENDANTS

    Serve: Corporation Service Company
           421 West Main Street
           Frankfort, Kentucky 40601

## COMPLAINT

Comes now the Plaintiff, Darrell Littleton, by and through the undersigned counsel, and for his Complaint against the Defendants, Lowe's Home Centers, LLC and Lowe's Home Improvement, LLC, states as follows:

### PARTIES

1. At all times pertinent hereto, the Plaintiff, Darrell Littleton, was a citizen and resident of Rowan County, Kentucky residing at 180 Hollyhill Drive, Morehead, Kentucky 40351.

2. At all times material hereto, the Defendant, Lowe's Home Centers, LLC, was a Foreign Limited Liability Company licensed to do business within the Commonwealth of Kentucky,

EXHIBIT A

with its Agent for Service of Process being Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

3. At all times material hereto, the Defendant, Lowe's Home Improvement, LLC, was a Foreign Limited Liability Company licensed to do business within the Commonwealth of Kentucky, with its Agent for Service of Process being Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

4. At all times relevant hereto, the Defendants owned, controlled, operated, and/or supervised the Lowe's Home Improvement store located at 100 Kroger Center Drive, Morehead, Kentucky 40351 (hereinafter "premises").

## JURISDICTION AND VENUE

5. The circumstances giving rise to this Complaint took place in Rowan County, Kentucky.

6. The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Rowan County Circuit Court.

7. Rowan County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

## GENERAL ALLEGATIONS

8. At all times relevant hereto, the Defendants, by and through their agents, ostensible agents, servants, employees, and/or other representatives, had a duty to maintain and keep said premises safe for the use of its patrons.

9. On or about April 25, 2018, as a direct and proximate result of the negligent acts and/or omissions of the Defendants, whether by and through their respective agents, ostensible agents, servants, employees, and/or other representatives, the Plaintiff, a business invitee, while exercising

2

due care for his own safety, was injured by a dangerous condition created and/or not properly maintained by the Defendants, while lawfully and properly on the Defendants' premises.

10. Specifically, the Plaintiff was hit in the head by a piece of lumber which was inappropriately stacked and/or secured.

11. At said time and place, the Defendants owed the Plaintiff, as a business invitee upon said premises, a duty to exercise reasonable care for his safety.

12. The Defendants and their agents, ostensible agents, servants, employees, and/or other representatives breached their duty of care to the Plaintiff.

13. As a direct and proximate result of the negligence and carelessness of the Defendants, as heretofore alleged, the Plaintiff was caused to sustain personal injuries of a permanent nature to his person. The injuries sustained by the Plaintiff resulted in the following damages:

   a. mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

   b. the power and ability to labor and earn has been temporarily and permanently impaired all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

   c. the expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

   d. loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter; and,

3

    e. lost wages in addition to the above-mentioned loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff will sustain said losses in the future.

**WHEREFORE**, the Plaintiff, Darrell Littleton, demands judgment against the Defendants, Lowe's Home Centers, LLC and Lowe's Home Improvement, LLC, as follows:

    A. A trial by jury on all issues of fact herein;

    B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

    C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

    D. For the Plaintiff's costs herein expended; and,

    E. For any and all other relief to which the Plaintiff is entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The party notified is as follows: Humana, 111 Ryan Court, Suite 200, Pittsburgh, PA 15205.

4

**RESPECTFULLY** submitted this 6th day of February, 2019.

                Respectfully submitted,

                */s/ Tanner H. Shultz*
                TANNER H. SHULTZ
                Morgan & Morgan
                333 West Vine Street, Suite 1200
                Lexington, Kentucky 40507
                Telephone: (859) 219-4529
                Facsimile: (859) 367-6146
                tshultz@forthepeople.com
                **COUNSEL FOR PLAINTIFF**